RECEIVED
NOV 17 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LONNIE B. SIMON, JR. | CIVIL ACTION NO. 2:08-1142 |
| VERSUS | SECTION "P" |
| LOUISIANA DEPARTMENT OF PUBLIC | JUDGE DOHERTY |
| SAFETY & CORRECTIONS, ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the plaintiff's Motion to Dismiss [doc. 6] is **GRANTED** and accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 17 day of _____, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE